IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED L. BROOKS,<br><br>   Petitioner,<br><br>   v.<br><br>DEAN BORDERS,<br><br>   Respondent. | No. 2:19-CV-2277-JAM-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is petitioner's motion for an extension of time to file an opposition to respondent's motion to dismiss.  See ECF No. 15.  Good cause appearing therefor, petitioner's motion is granted and his opposition filed April 20, 2020, is deemed timely.  Respondent's motion to dismiss will be addressed separately.

IT IS SO ORDERED.

Dated: April 29, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1